IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-109-01 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **MARIA COLVARD** | : | |

## ORDER

AND NOW, this 5th day of June, 2015, upon consideration of the concurred-in motion *in limine* (Doc. 183) to exclude evidence of prior conviction pursuant to Federal Rules of Evidence 404 and 609 filed by defendant Maria Colvard, it is hereby ORDERED that:

1. Defendant's motion *in limine* (Doc. 183) to exclude evidence of prior conviction is GRANTED.

2. Evidence of defendant's prior conviction for mail fraud in 1999 shall be excluded at jury selection and at trial in the above-captioned case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania