# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:13-CR-109** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **MARIA COLVARD** : | |

## ORDER

AND NOW, this 1st day of September, 2015, upon consideration of the motion (Doc. 217) for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 and for a new trial pursuant to Federal Rule of Criminal Procedure 33 filed by defendant Maria Colvard, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 217) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania